UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MICHAEL MURR, ) | NO. EDCV 04-1380-TJH (MAN) |
| ) | |
| Petitioner, ) | |
| ) | JUDGMENT |
| v. ) | |
| ) | |
| JOHN MARSHALL, Warden, ) | |
| ) | |
| Respondent. ) | |
| ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition For Writ of Habeas Corpus is GRANTED as follows: The Board's August 27, 2003 decision finding Petitioner suitable for parole is reinstated. Within thirty (30) days, the Board shall calculate a parole release date for Petitioner in accordance with California law. If the release date has passed, Respondent shall, within ten (10) days after the parole release date is calculated, either release Petitioner from custody, if the release date lapsed more than three years earlier, or release Petitioner on parole,

subject to the conditions of parole imposed at his August 27, 2003 hearing, for that period of his three-year parole term that remains if the release date lapsed less than three years earlier.

DATED: <u>November 25, 2009</u>.

                                          TERRY J. HATTER, JR.
                                     UNITED STATES DISTRICT JUDGE